```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                "USA V JAMES DAVID MILLER ET AL"
                   DEF 1.1 MILLER, JAMES DAVID

      Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 08/18/05
               Closed: NO
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: Released on Bond
           Trial date: 02/15/06
           Terminated: NO
    Needs interpreter: NO
     Counsel of record: Thomas Burke Wonnell
                        2600 Denali Street, Suite 460
                        Anchorage, AK 99501
                        907-276-8008
                        FAX 907-278-8571
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: James A. Goeke
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Andrea Steward
                      Environment/Natural Resources
                      U.S. Department of Justice
                      POB 23985
                      Washington, DC 20026-3985
                      202-305-0230
                      Serve: NO
                       Type: Not specified
                       Role: Pretrial/Trial

                      Robert S. Anderson
                      Environment/Natural Resources
                      U.S. Department of Justice
                      POB 23985
                      Washington, DC 20026-3985
                      202-305-0230
                      Serve: NO
                       Type: Not specified
                       Role: Pretrial/Trial
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                         "USA V JAMES DAVID MILLER ET AL"
                            DEF 1.1 MILLER, JAMES DAVID

            Including terminated defendants, excluding terminated counsel
```

Counts re: DEF 1.1 MILLER, JAMES DAVID

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 - 1 IND | 2 | 18:1001(a) FALSE STATEMENT (F) | Pending |
| 1 - 1 IND | 3 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 - 1 IND | 4 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 - 1 IND | 5 | 16:1372(a)(4) MARINE MAMMAL PROTECTION ACT (M) | Pending |
| 1 - 1 IND | 6 | 16:1372(a)(2)(A) MARINE MAMMAL PROTECTION ACT (M) | Pending |
| 1 - 1 IND | 7 | 18:1001(a) FALSE STATEMENT (F) | Pending |
| 1 - 1 IND | 8 | 16:3372(a)(2)(A), 3373(d)(2) LACEY ACT (M) | Pending |
| 1 - 1 IND | 9 | 16:3374(a)(2) FORFEITURES | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"
                                DEF 2.1 MILLER, CLINT ZERBE

                  Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/18/05
            Closed: NO
No. of Defendants: 2
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date: 02/15/06
        Terminated: NO
Needs interpreter: NO
 Counsel of record: F. Richard Curtner
                    Federal Public Defender Agency
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3412
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Andrea Steward
                    Environment/Natural Resources
                    U.S. Department of Justice
                    POB 23985
                    Washington, DC 20026-3985
                    202-305-0230
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial

                    Robert S. Anderson
                    Environment/Natural Resources
                    U.S. Department of Justice
                    POB 23985
                    Washington, DC 20026-3985
                    202-305-0230
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"
                                DEF 2.1 MILLER, CLINT ZERBE

                  Including terminated defendants, excluding terminated counsel
```

Counts re: DEF 2.1 MILLER, CLINT ZERBE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 3 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 -   1 IND | 4 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                    "USA V JAMES DAVIS MILLER ET AL"
```

For all filing dates

Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 08/18/05
           Closed: NO
No. of Defendants: 2

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/18/05 | [Re: DEF 1-2] PLF 1 Indictment. |
| NOTE - 1 | 08/19/05 | Issued: summons on DEF 1 & DEF 2. |
| NOTE - 2 | 08/19/05 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 2 - 1 | 08/19/05 | [Re: DEF 1-2] JDR Grand Jury Minutes re: bail to be determined at arr; sum to be iss; set for arr & notify USM. |
| 3 - 1 | 08/19/05 | [Re: DEF 1] JDR Minute Order setting arr on 9/26/05 @ 9:30 a.m.. cc: USA, USM, Def w/USM cy, USPO, Judge Sedwick |
| 4 - 1 | 08/19/05 | [Re: DEF 2] JDR Minute Order setting arr on 9/26/05 @ 10:00 a.m.. cc: USA, USM, DEF w/USM cy, USPO, Judge Sedwick |
| 5 - 1 | 08/23/05 | DEF 1 Attorney Appearance of T. Burke Wonnell. |
| 6 - 1 | 08/24/05 | USM Return of svc of summons re: DEF 1 executed on 8/23/05. |
| 7 - 1 | 08/25/05 | DEF 2 motion to continue arraignment. |
| 8 - 1 | 08/29/05 | [Re: DEF 2] JDR Order granting motion to continue arraignment (7-1); arr set 9/26/05 is reset to 10/3/05 at 9:30 a.m.  cc: USA, FPD (as Friend of the Court), USM, PO, Def (by FPD) |
| 9 - 1 | 08/31/05 | USM Return of svc on summons re: DEF 2 executed on 8/30/05. |
| 10 - 1 | 09/07/05 | [Re: DEF 1] PLF 1 motion (ex parte) on shortened time for restraining order. |
| 11 - 1 | 09/07/05 | [Re: DEF 1] JWS Restraining Order granted as directed (10-1). cc: USA, T. Wonnell, MJ Roberts |
| 12 - 1 | 09/08/05 | DEF 1 motion to modify restraining order on shortened time w/att aff. |
| 13 - 1 | 09/08/05 | [Re: DEF 1] JWS Order granting mot to modify restraining ord on shortened time (12-1); def shall deliver Super Cub to US representative @ Spokane Airport NLT 9/20/05; delivery to be made @ def's expense. cc: USA, B. Wonnell |
| 14 - 1 | 09/14/05 | [Re: DEF 1] PLF 1 motion on shortened time to reinstate restraining order or for a hearing on the circumstances of the aircraft's removal & disassembly w/att aff. |
| 15 - 1 | 09/15/05 | [Re: DEF 1] JWS Minute Order setting hrg on mot to modify restraining ord @ dkt 14 on 9/26/05 @ 9:00 a.m. before Judge Beistline; def may file response by 9/22/05; no reply to be fld unless requested by Judge Beistline. cc: USA, B. Wonnell, USM, USPO, Judge Beistline |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                          "USA V JAMES DAVID MILLER ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 09/16/05 | DEF 2 Unopposed motion to reschedule arraignment. |
| 17 - 1 | 09/16/05 | [Re: DEF 1-2] PLF 1 Notice of substitution of cnsl re: request of svc by def cnsl on Andrea Steward & Robert S. Anderson. |
| 18 - 1 | 09/19/05 | [Re: DEF 2] JDR Minute Order granting unopposed motion to reschedule arraignment to 9/26/05 at 10:30 a.m. (16-1). cc: USA, FPD, USM, USPO |
| 19 - 1 | 09/22/05 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time to reinstate restraining order or for a hearing on the circumstances of the aircraft's removal & disassembly (14-1). |
| 20 - 1 | 09/26/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] Re: hrg on mot to reinstate restraining order held 9/26/05; denying motion as moot on shortened time to reinstate restraining order or for a hearing dkt (14-1); agreement stated on record; written ruling to issue. cc: USA, B. WONNELL, USM, USPO, Judge Sedwick |
| 21 - 1 | 09/26/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 9/26/05); def pleas not guilty to cts 1-8 of the Indt and denies ct 9 of the Indt; meet and confer by 10/3/05, crt directed parties to set forth in the doc that is filed w/the crt a schedule for providing any disc that has yet to be provided; ptm's due 10/16/05; TBJ set for 12/5/05 at 9:00 a.m. before Judge Sedwick, FPTC set for 12/5/05 at 8:30 a.m.; cc: USA, R. Anderson, T. Wonnell, USM, USPO, JC, Judge Sedwick. |
| 22 - 1 | 09/26/05 | [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 9/26/05); R. Curtner accepted appt; def plead not guilty to cts 3 and 4 of the Indt; meet and confer by 10/3/05, crt directed parties to set forth in the doc that is filed w/the crt a schedule for providing any disc that has yet to be provided; ptm's due 10/16/05; TBJ set for 12/5/05 at 9:00 a.m. before Judge Sedwick, FPTC set for 12/5/05 at 8:30 a.m.; cc: USA, R. Anderson, FPD, USM, USPO, JC, Judge Sedwick. |
| 23 - 1 | 09/26/05 | DEF 2 Attorney Appearance of R. Curtner (FPD). |
| 24 - 1 | 09/27/05 | [Re: DEF 1] Order setting conditions of release re bond set at $10,000 unsecured. cc: USA, T. Wonnell, USM, USPO |
| 25 - 1 | 09/27/05 | [Re: DEF 1] Appearance bond set at $10,000. unsecured. |
| 26 - 1 | 09/27/05 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/3/05; PTM's due 10/16/05. cc: USA, T. Wonnell |
| 27 - 1 | 09/27/05 | [Re: DEF 2] Financial Affidavit. |
| 28 - 1 | 09/27/05 | [Re: DEF 2] Order setting conditions of release re bond set at $7,500. unsecured. cc: USA, FPD, USM, USPO |
| 29 - 1 | 09/27/05 | [Re: DEF 2] Appearance bond set at $7,500. unsecured. |
| 30 - 1 | 09/27/05 | [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/3/05; PTM's due 10/16/05. cc: USA, FPD |
| 31 - 1 | 09/27/05 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/5/05 @ 9:00 a.m. & FPTC on 12/5/05 @ 8:30 a.m.. cc: USA, B. Wonnell, FPD, USM, USPO, MJ Roberts, JC |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                                "USA V JAMES DAVID MILLER ET AL"
```

|                             |
|-----------------------------|
| For all filing dates        |

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 09/28/05 | DEF 2 Unopposed motion on shortened time to modify cond's of release to auth orize travel to & residence in Utah w/att aff. |
| 33 - 1 | 09/28/05 | [Re: DEF 2] JDR Order granting unopposed motion on shortened time to modify cond's of release to auth travel to and residence in Utah (32-1). cc: USA, FPD, USPO |
| 34 - 1 | 09/30/05 | [Re: DEF 1] RRB Order re motion to reinstate restraining order as stated. cc AUSA, T. WONNELL, USM, USPO |
| 35 - 1 | 10/03/05 | DEF 1 Unopposed motion to continue trial date of 12/5/05. |
| 35 - 2 | 10/03/05 | DEF 1 Unopposed motion to continue pretrial deadlines. |
| 36 - 1 | 10/06/05 | [Re: DEF 1-2] PLF 1 Discovery Conference Certificate. |
| 37 - 1 | 10/11/05 | [Re: DEF 2] JWS Order of excludable delay re: mot @ dkt 32 from 9/28/05 to 9/28/05 (1 day; under code E). |
| 38 - 1 | 10/11/05 | [Re: DEF 1] JWS Minute Order denying unoppo mot to continue trial date of 12/5/05 (35-1). cc: USA, B. Wonnell, FPD, MJ Roberts |
| 39 - 1 | 10/12/05 | [Re: DEF 1] JDR Minute Order granting/denying unopposed motion to continue pretrial deadlines (35-2); PTM's due 10/17/05. cc: USA, T. Wonnell |
| 40 - 1 | 10/17/05 | [Re: DEF 1-2] PLF 1 Notice of intent to use expert witnesses. |
| 41 - 1 | 10/17/05 | [Re: DEF 1-2] PLF 1 Notice of intent to offer evidence of other crimes, wrongs, or acts. |
| 41 - 2 | 10/17/05 | [Re: DEF 1-2] PLF 1 motion for admission of evidence of other crimes, wrongs, or acts. |
| 42 - 1 | 10/17/05 | DEF 1 motion to strike surplusage from the indictment. |
| 43 - 1 | 10/24/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to strike surplusage from the indictment (42-1). |
| 44 - 1 | 11/02/05 | DEF 1 opposition to [Re: DEF 1-2] PLF 1 motion for admission of evidence of other crimes, wrongs, or acts (41-2). |
| 45 - 1 | 11/02/05 | [Re: DEF 1-2] PLF 1 Joint motion to continue trial date w/att exh. |
| 46 - 1 | 11/03/05 | [Re: DEF 1-2] JWS Minute Order setting sched conf on 11/16/05 @ 10:00 a.m. to consider joint mot for continuance @ dkt 45. cc: USA, T. Wonnell, R. Curtner |
| 47 - 1 | 11/10/05 | [Re: DEF 1] JDR Order granting motion to strike surplusage from the indictment (42-1); Paragraphs 1-15 of the Introductory Allegations of the Indt are STRICKEN; stricken paragraphs shall serve as a bill of particulars to inform def of the nature of the charges. cc: USA, T. Wonnell, FPD |
| 48 - 1 | 11/16/05 | [Re: DEF 1-2] JWS Court Minutes [ECR: Elisa Singleton] re Status Conference (held 11/16/05); granting Joint motion to continue trial date (45-1); tbj set for 12/5/05 vacated and reset to 2/15/2006 at 9:00 and resetting FPTC to 2/15/2006 at 8:30 a.m.; excludable delay found under |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                                "USA V JAMES DAVID MILLER ET AL"
```

|                         For all filing dates                          |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
|            |          | 18 USC 3161(h)(8)(B)(iv).  cc: USA, T. Wonnell, R. Curtner, Jury Clerk, USM, USPO, MJ Roberts. |
| 49 -   1   | 11/21/05 | DEF 1 motion on shortened time to modify bail conditions. |
| 50 -   1   | 11/22/05 | [Re: DEF 1] JDR Minute Order re hrg on def's mot to modify bail cond's (49-1) set for 11/22/05 at 3:30 p.m. cc: USA, T. Wonnell, USM, USPO |
| 51 -   1   | 11/22/05 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion on shortened time to modify bail conditions (49-1). |
| 52 -   1   | 11/22/05 | DEF 2 Unopposed motion to modify conditions of release. |
| 53 -   1   | 11/23/05 | [Re: DEF 2] JDR Order granting unopposed motion to modify conditions of release as directed (52-1). cc: USA, T. Wonnell, USM, USPO |
| 54 -   1   | 11/23/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Re: hrg on mot to modify bail conds (doc #49) (held 11/22/05); granting motion on shortened time to modify bail conditions (49-1). cc: USA, T. WONNELL, USM, USPO |