Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINT ZERBE MILLER,<br><br>Defendant. | NO. A05-0077-02 CR (JWS)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

COMES NOW CLINT ZERBE MILLER (D-02), by and through counsel Rich Curtner, Federal Defender, and hereby gives notice of his intent to change his plea in the above-captioned case, pursuant to a written plea agreement. Defendant respectfully requests the court to schedule a change of plea hearing on January 19, 2006.

Senior Trial Counsel Robert Anderson, in Anchorage the week of January 17, 2006, will finalize the plea agreement with the defendant on the morning of January 18, 2006. Counsel for the defendant will be out of district on January 20, 2006.

DATED at Anchorage, Alaska this 11th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on January 11, 2006,
a copy of the *Notice of Intent to Change
Plea* was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and copies were faxed to:

Andrea Steward
Trial Counsel, Environmental Crimes Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, Room 2806
Washington, DC 20004
Fax:      202-514-8865

Robert S. Anderson
Senior Trial Counsel, Environmental Crimes Section
Environment & Natural Resources Division
United States Department of Justice
105 E. Pine Street, Second Floor
Missoula, MT 59802
Fax:      406-542-1476


s/Rich Curtner