TIMOTHY M. BURGESS
United States Attorney

ANDREA STEWARD
ROBERT S. ANDERSON
Environment and Natural Resources Division
United States Department of Justice
PO Box 23985
L'enfant Plaza Station
Washington, DC 20026-3985
Phone: 202-305-0321

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-077-JWS |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' NOTICE** |
| | ) **OF FILING OF INFORMATION** |
| | ) **AGAINST DEFENDANT CLINT** |
| CLINT ZERBE MILLER, | ) **ZERBE MILLER** |
| Defendant. | ) |

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, and provides notice that the United

States will file an Information and plea agreement in regards to defendant CLINT MILLER.   As part of the Plea Agreement, the United States will ultimately dismiss the charges against defendant CLINT MILLER in this matter, Case No. 3:05-cr-077-JWS.

  RESPECTFULLY SUBMITTED this 13th day of January, 2006, at Anchorage, Alaska.

            TIMOTHY M. BURGESS
            United States Attorney

             s/Robert S. Anderson
            ROBERT S. ANDERSON
            Environment and Natural Resources Division
            United States Department of Justice
            PO Box 23985
            L'enfant Plaza Station
            Washington, DC 20026-3985
            Phone: 202-305-0321

            s/James A. Goeke
            JAMES A. GOEKE
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West 7th Ave., #9, Rm. 253
            Anchorage, AK 99513-7567
            Phone: 907-271-5071
            Fax: 907-271-1500
            Email: james.goeke@usdoj.gov

**Certificate of Service**
I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Rich Curtner, FPD electronically on January 13, 2006:

 s/James A. Goeke
Office of the U.S. Attorney