TIMOTHY M. BURGESS
United States Attorney

ANDREA STEWARD
ROBERT S. ANDERSON
Environment and Natural Resources Division
United States Department of Justice
PO Box 23985
L'enfant Plaza Station
Washington, DC 20026-3985
Phone: 202-305-0321

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | <u>COUNTS 1& 2</u>: |
| | ) | LACEY ACT |
| vs. | ) | Vio. of 16 U.S.C.§§ |
| | ) | 3372(a)(2)(A), 3373(d)(2), 18 |
| CLINT ZERBE MILLER, | ) | U.S.C. §2 |
| | ) | |
| Defendant. | ) | |
| | ) | |

# INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about September 2000, within the District of Alaska and elsewhere, the defendant CLINT ZERBE MILLER, knowingly sold and transported wildlife, to wit: one moose (<u>Alces</u> <u>alces</u>), in interstate commerce between Alaska and Washington when, in the exercise of due care, the defendant should have known the moose was taken, possessed, transported and sold in violation of, and in a manner unlawful under Alaska state law, specifically Alaska Statute Sections 08.54.720(9), (11), (12) and (13) and Alaska Administrative Code, Title 5, Section 92.080(7).

All of which is in violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(2) and title 18, United States Code, Section 2.

## COUNT 2

On or about and between July 2001 and December 2001,within the District of Alaska and elsewhere, the defendant CLINT ZERBE MILLER, knowingly sold and transported wildlife, to wit: two moose (<u>Alces</u> <u>alces</u>), in interstate commerce between Alaska and Colorado when, in the exercise of due care, the defendant should have known the moose were taken, possessed, transported and sold in

violation of, and in a manner unlawful under Alaska state law, specifically Alaska Statute Section 08.54.720(9), (11), (12) and (13) and Alaska Administrative Code, Title 5, Section 92.085(8).

All of which is in violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(2) and title 18, United States Code, Section 2.

DATED: January 13, 2006

TIMOTHY M. BURGESS
United States Attorney


 s/ Robert S. Anderson
ROBERT S. ANDERSON
Special Assistant U.S. Attorney
Environment and Natural Resources Division
United States Department of Justice
PO Box 23985
L'enfant Plaza Station
Washington, DC 20026-3985
Phone: 202-305-0321


 s/ James A. Goeke
JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: james.goeke@usdoj.gov