# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | CLINT ZERBE MILLER (D-2) |

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk                                            CASE NO.  3:05-cr-00077-02-JWS

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 13, 2006

       The above-referenced matter had been set on for a jury trial to commence on February 15, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for an arraignment and entry of plea as to the Information on Thursday, January 19, 2006, at 9:00 a.m., before the Honorable H. Russel Holland.

       The February 15, 2006, final pre-trial conference and trial by jury date as to defendant Clint Zerbe Miller are hereby VACATED.

[]{IK2.WPD*Rev.12/96}