**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *CLINT ZERBE MILLER (2)*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:05-cr-00077 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**   Date: March 29, 2006

    The sentencing proceeding in this case is hereby **RE-SET** to **2:30 PM** on the same date, **April 19, 2006.**