Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLINT ZERBE MILLER,<br><br>　　　　　　Defendant. | NO. 3:05-cr-0077-JWS<br><br>**MOTION TO TERMINATE PROBATION** |

　　　　　COMES NOW THE DEFENDANT, CLINT MILLER, by and through counsel Rich Curtner, Federal Defender, and moves this court for early termination of his probation. This motion is submitted pursuant to 18 U.S.C. §§ 3564(c) and 3583(e)(1).

　　　　　Mr. Miller was sentenced on April 20, 2006, and placed on probation for a term of three years.  Mr. Miller was required to serve two months of home confinement with electronic monitoring, to pay a $250 fine and a $25 special assessment.  A special condition of probation prohibited Mr. Miller from hunting or trapping anywhere in the United States and from guiding except as an assistant fishing guide on the Kenai River.

Mr. Miller has completed his home confinement and paid his fine and special assessment. He has completed twelve months of supervision without any alleged violations on the conditions of supervision.

Title 18 U.S.C. § 3583(e)(1) authorizes this court to terminate supervised release after one year:

> **(e) Modification of conditions or revocation** –
>
> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –
>
> > (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

On October 29, 2002, the Committee on Criminal Law of the Judicial Conference of the United States recommended that offenders should be considered for early termination of supervision as soon as they are statutorily eligible. On October 30, 2002, the Administrative Office of the United States Courts encouraged federal probation officers to create criteria for systemic assessment of those eligible for early termination of supervision.

Mr. Miller has satisfied all the criteria for early termination of supervision. He has paid his fine and followed all conditions of supervision. U.S. Probation Officer Travis Lyons has assessed Mr. Miller for suitability for early termination of supervision and determined that Mr. Miller would be appropriate for early termination. The policy of the

probation office in Anchorage is to recommend early termination of supervision after service of one-half of the period of supervision. Per office policy, Mr. Lyons would recommend Mr. Miller for early termination in October 2007, but would not be opposed if the court decided to terminate supervision now.

Assistant U.S. Attorney Andrea Steward would not oppose Mr. Miller's early termination of probation in October 2007, consistent with the policy of the probation office, but would not support termination of supervision now.

Under 18 U.S.C. §§ 3564(c) and 3583(e)(1), this court can terminate probation in misdemeanor cases at any time. Even in felony cases an offender is eligible for early termination after one year of supervision. Mr. Miller has successfully completed over a year of supervision. He has satisfied all conditions of supervision. Mr. Miller respectfully requests that his probation be terminated now.

The major concern for Mr. Miller is that he would like to work as a fishing guide on the Nushagak River this summer. He currently has an offer to guide for Brad Giroux, the same guide Mr. Miller worked for on the Kenai River the Summer of 2006.

DATED at Anchorage, Alaska this 3rd day of May 2007.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on May 3, 2007,
a copy of the **Motion to Terminate Probation** was served electronically on:

Andrea Steward
James Barkeley
James Goeke
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Robert S. Anderson
Senior Trial Counsel, Environmental Crimes Section
Environment & Natural Resources Division
United States Department of Justice
105 E. Pine Street, Second Floor
Missoula, MT 59802

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner