UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-cr-0077-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| CLINT ZERBE MILLER, | |
| Defendant. | |

After due consideration of the defendant's Motion to Terminate Probation, the court hereby ORDERS that,

(a)   Clint Miller's supervision is hereby terminated as of _____ _____, 2007.

Or, in the alternative,

(b)   Clint Miller's conditions of supervision are modified to allow Mr. Miller to work as an assistant fishing guide on the Nushagak River.

DATED this \_\_\_\_\_ day of May 2007, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE