NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-077-JWS |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S** |
| ) | **OPPOSITION, IN PART, TO** |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **PROBATION** |
| CLINT ZERBE MILLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and submits this Opposition.

The government opposes termination of the term of probation for the defendant, Clint Zerbe Miller, at this time. The defendant has complied with the terms of his sentence to date. Should he continue to do so the government would

not oppose early termination at the half-way point in his probation; October 2007.

One of the restrictions in the defendant's probation is a ban on hunting. It is appropriate—in light of the hunting violations that the defendant pled to—for the defendant to remain supervised through the course of one more hunting season.

The government does not object to the defendant working as a fish guide on the Nushagak River this summer. He had previously been granted to be a fishing guide on the Kenai River.

## CONCLUSION

The government opposes the termination of the defendant's probation at this time. The government does not oppose his request to be allowed to fishing guide on the Nushagak River this summer.

RESPECTFULLY SUBMITTED this 9th day of May, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Andrea Steward
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

## Certificate of Service

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Rich Curtner, FPD via electronic service on May 9, 2007:

 s/Andrea Steward
Office of the U.S. Attorney