MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *CLINT ZERBE MILLER (2)*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:05-cr-00077-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  May 14, 2007

---

The court has considered the motion for early termination of probation at docket 134 as well as the opposition at docket 135. The court agrees with the United States that probation should continue at least through one more hunting season. Accordingly, the motion at docket 134 is **DENIED**.

The court hereby specifically authorizes defendant Clint Zerbe Miller to work as a fishing guide on the Nushagak River during the 2007 fishing season on that river.