Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF ALASKA**

RECEIVED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. A05-077 CR (JWS)

Clint Z. Miller

On April 20/2006, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has adjusted well to probation, has remained gainfully employed, paid all fines, and completed his electronic monitoring as directed. It is accordingly recommended that Clint Z. Miller be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**     10/26/07
Travis Lyons                     Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 27th day of October, 2007.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge